In the Matter of the Application of PEEKSKILL PACKING Co., INC., for a Peremptory Order of Mandamus, or in the Alternative for an Alternative Order of Mandamus Directed to the BOARD OF HEALTH OF THE VILLAGE OF PEEKSKILL, County of Westchester and State of New York. PEEKSKILL PACKING Co., INC., Respondent; BOARD OF HEALTH OF THE VILLAGE OF PEEKSKILL, Appellant.— The board of health of the village of Peekskill appeals from a final order (Civ. Prac. Act, art. 78) directing it to approve certain plans and specifications for a slaughterhouse in the village (now city) of Peekskill. Order, in so far as appealed from, reversed on the law, with fifty dollars costs and disbursements, motion denied, and petition dismissed, without costs, on the authority of *People ex rel. Knoblauch* v. *Warden, etc.* (216 N. Y. 154, 157, 160, 161). Hagarty, Carswell, Johnston and Taylor, JJ., concur; Lazansky, P. J., dissents and votes to affirm the order on the ground that the board of health had no power arbitrarily to refuse to grant a permit for a slaughterhouse. [172 Misc. 176.]

PHYLLIS JACOBS, Appellant, v. SOLOMON JACOBS, Respondent.— Action for separation. Plaintiff's complaint was dismissed on the merits and judgment was rendered in favor of defendant on his counterclaim for separation. Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CARTER, Appellant.— Appeal from two orders of the County Court, Kings County, entered November 27, 1940, and November 29, 1940, denying defendant's application for leave to withdraw a plea of guilty and to substitute therefor a plea of not guilty; and from a judgment of said court convicting defendant of the crime of attempted sodomy. Orders and judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE J. MURRAY, JR., Also Known as LAWRENCE J. MURRAY, Appellant.— Judgment of the County Court of Rockland County, convicting defendant of the crimes of grand larceny in the first degree and grand larceny in the second degree, unanimously affirmed. (Code Crim. Proc. § 542.) Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.